KELSEY ET AL. *v.* CORBETT ET AL.

No. 475.   Decided November 7, 1966.

*Boyd Laughlin* for appellants.

*Thomas C. Wicker, Jr.,* for appellees Corbett et al.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

CARR *v.* CITY OF ALTUS ET AL.

No. 481.   Decided November 7, 1966.

*Waggoner Carr,* Attorney General of Texas, *pro se, Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *J. Arthur Sandlin, George C. Black, Jr.,* and *Roger Tyler,* Assistant Attorneys General, for appellant.

*A. W. Walker, Jr.,* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.